LOUIS A. LEONE, ESQ. (SBN 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN 150843)
**LEONE ALBERTS & DUUS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email: kdarmagnac@leonealberts.com

Attorneys for Defendant
LIBERTY UNION HIGH SCHOOL DISTRICT

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT FRANCIES,<br><br>          Plaintiff,<br>     vs.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, AND DOES 1-20, Inclusive,<br><br>          Defendants. | **Case No.: 3:21-cv-00750-EMC**<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: January 29, 2021<br>Trial Date:  Not Yet Set |

   Plaintiff LAMONT FRANCIES and Defendant  LIBERTY UNION HIGH SCHOOL DISTRICT hereby stipulate under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:   August 30. 2022        **LEONE ALBERTS & DUUS**

                                By:_____
                                    KATHLEEN DARMAGNAC
                                    Attorneys for Defendant LIBERTY UNION HIGH SCHOOL DISTRICT

**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

Dated: August 31, 2022                **LAW OFFICE OF RICHARD N. KOSS**

By:_____
RICHARD N. KOSS
Attorney for Plaintiff LAMONT FRANCIES

**IT IS SO ORDERED:**

Dated: 9/2/___, 2022         _____
UNITED STATES DISTRICT COURT JUDGE

**JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**